UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 02, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHEL DICKINSON,<br><br>　　　　　Defendant. | Case No.  2:21-po-00345-CKD; 2:21-po-00454-CKD; 2:21-po-00509-CKD; 2:22-po-00212-CKD; 2:22-po-00225-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  **MICHEL DICKINSON** ,

Case No. 2:21-po-00345-CKD; 2:21-po-00454-CKD; 2:21-po-00509-CKD; 2:22-po-00212-CKD; 2:22-po-00225-CKD , from custody for the following reasons:

　　**X**　Release on Personal Recognizance

　　____　Bail Posted in the Sum of $ _____

　　____　Unsecured Appearance Bond $ _____

　　____　Appearance Bond with 10% Deposit

　　____　Appearance Bond with Surety

　　____　Corporate Surety Bail Bond

　　____　(Other):

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on December 02, 2022, at 3:05 PM.

By: _____
Magistrate Judge Allison Claire